

# Fourth Court of Appeals
## San Antonio, Texas

June 9, 2021

No. 04-21-00173-CR

Uzziel **MUNOZ-CRUZ,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 549370
Honorable John Longoria, Judge Presiding

# O R D E R

The reporter's record is due June 14, 2021. The court reporter, Kayleen Rivera, has filed a notification of late record stating the record will not be timely filed because appellant has not made a written request for the record designating the proceedings and exhibits to be included. See Tex. R. App. P. 34.6(b)(1); 35.3(b)(2).

We order appellant to provide written proof to this court by June 16, 2021 that he has requested a reporter's record. If appellant fails to respond within the time provided, appellant's brief will be due July 9, 2021, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. See Tex. R. App. P. 37.3(c).

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of June, 2021.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court